UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM H. SCHNELL,**

    **Plaintiff,**

v.                                            Case No.  8:05-cv-2152-T-30MSS

**HILLSBOROUGH AREA REGIONAL
TRANSIT AUTHORITY,**

    **Defendant.**
_____/

## ORDER

    Plaintiff's counsel has contacted Chambers to request that this case be ordered to mediation.  Counsel has advised the Court that defense counsel does not object to this request and that both parties will consent to mediation before Magistrate Judge Mary Scriven.

    It is therefore ORDERED AND ADJUDGED that counsel for the parties shall jointly contact the Chambers of Magistrate Mary Scriven (813-301-5540) to schedule a mutually convenient date and time for mediation.

    **DONE** and **ORDERED** in Tampa, Florida on December 9, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Magistrate Judge Mary Scriven
Counsel/Parties of Record

F:\Docs\2005\05-cv-2152.mediate.frm